| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 6:02CR10126-002 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 06-PT-338 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Karen L. Nelson | DISTRICT DISTRICT OF KANSAS | DIVISION Wichita |
|---|---|---|
| FILED SEP - 1 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT | NAME OF SENTENCING JUDGE Honorable Monti L. Belot | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 09/07/2007 · TO 09/06/2009 |

**OFFENSE**

Interstate Transportation in Aid of Racketeering, in violation of 18 U.S.C. § 1952(a)(3)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF KANSAS"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Columbia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

8-8-06
_Date_

_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Aug 31, 2006
_Effective Date_

_United States District Judge_