Clerk, U.S. District Court<br>
for the District of Columbia<br>
333 Constitution Avenue, N.W.<br>
Room 1225<br>
Washington, D.C. 20001

September 1, 2006

Clerk, U.S. District Court
for the District of Kansas
204 United States Courthouse
401 North Market Street
Wichita, KS 67202-2096

                                        In re: U.S.A. vs Karen L. Nelson
                                             Your Case No. 6:02CR10126-002
                                             Our Case No. 06-PT-338
                                             Supervised Release Transfer

Dear Clerk:

       Please find enclosed certified copy of Transfer of Jurisdiction of Supervised Release signed by Chief Judge Thomas F. Hogan, accepting the supervision of Karen L. Miller's supervised release.

       Kindly forward certified copies of the indictment, judgment, and docket sheet to our office.

       Thank you for your attention to this matter.

                                                 Very truly yours,

                                                 NANCY MAYER-WHITTINGTON, CLERK

                                                 By: _____
                                                     Deputy Clerk, (202) 354-3173

Enclosures