PROB 12B-DC
(Rev. 03/07)

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

PT-06 338

U.S.A. vs. **Karen L. Nelson**                         Docket No.: ~~CR-10126-006~~

## REQUEST FOR COURSE OF ACTION
### Request for a Modification of Conditions of Supervised Release

COMES NOW __Lisa Wright__, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Karen L. Nelson**, who was placed on Supervised Release by the Honorable Monti L. Belot, United States District Judge, sitting in the Court at the District of Kansas, on the **7th** day of **April, 2004**, who fixed the period of Supervised Release at **two** years, and imposed the general terms and conditions of Supervised Release theretofore adopted by the Court, and also imposed special conditions and terms as follows:

the defendant shall immediately provide the probation officer with access to any and all requested financial information, to include executing any release of information forms necessary for the probation office to obtain and/or verify said financial information.

On August 31, 2006, jurisdiction in this case was transferred to the District of Columbia.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**PRAYING THE COURT WILL ORDER** that Ms. Nelson's conditions of supervised release be modified to include a provision that she satisfactorily participate in a mental health treatment program approved by the Probation Office, which may include evaluation, counseling, and testing as deemed necessary by the Probation Office.

Respectfully submitted,

*Lisa Wright*
Lisa Wright
United States Probation Officer
(202) 565-1346

Approved By: *Shari L. McCoy*
/ Shari L. McCoy, Supervising
United States Probation Officer