**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA**

U.S.A. vs. <u>**Karen L. Nelson**</u>　　　　　　　　　　Docket No.: ~~CR-10126-002~~ PT-06-338

**REQUEST FOR COURSE OF ACTION**

PRAYING THE COURT WILL ORDER that Ms. Nelson's conditions of supervised release be modified to include a provision that she satisfactorily participate in a mental health treatment program approved by the Probation Office, which may include evaluation, counseling, and testing as deemed necessary by the Probation Office.

**ORDER OF COURT**

Considered and ordered this _____23rd_____ day of ____Oct.____, 2007.

_____
Thomas F. Hogan
Chief Judge
United States District Court

PROB 49

FILED

NOV 1 - 2007

CLERK, U.S. DISTRICT
DISTRICT OF COLUMBIA

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1)   Karen Nelson shall satisfactorily participate in a mental health treatment program approved by the probation officer, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.

Witness: _____
Lisa Wright
United States Probation Officer

Signed: _____
Karen Lajuan Nelson
Supervised Releasee

Date: 10-17-07